February 2006                                                    2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re William Duenas and Martha Duenas, Debtor(s).

CHAPTER: 11
CASE NO.: 08-22760

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, William Duenas , the debtor in this case, declare under penalty
    (Print Name of Debtor)

of perjury under the laws of the United States of America that:

- ☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition. (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

- ☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, Martha Duenas , the debtor in this case, declare under penalty of
   (Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

- ☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition. (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date 10/7/2008          Signature /S/
                                  William Duenas

Date 10/7/2008          Signature /S/
                                  Martha Duenas

FROM : FAX NO. : Oct. 05 2008 11:02AM P1

# CERIDIAN freedom

DEARDEN'S
700 S. MAIN STREET
LOS ANGELES, CA 90014

CHECK NO. A022542
CHECK DATE: 09/15/08
PERIOD ENDING: 09/07/08
PAY FREQUENCY: WEEKLY
PAY PERIOD: 08/25/08-09/07/08

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880
ID NUMBER: 00490974
BASE RATE: 3709.70
SSN:

STATUS: EXEMPT TAX ADJUSTMENTS
MARRIED 02 FED: $ 25.00 ST: $ 25.00 PRI: CA LOC1:
MARRIED 02 PI/UC: SEC2: LOC2:
LOCAL: LOC3:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| SAL | 46.3713 | 32.00 | 1483.88 | |
| VAC | 46.3713 | 40.00 | 1854.85 | |
| SALHL | 46.3713 | 8.00 | 370.97 | |
| SAL | | | 1320.00 | 61210.05 |
| FHOL | | | 8.00 | 370.97 |
| VAC | | | 152.00 | 7048.43 |
| SALHL | | | 40.00 | 1854.85 |

| TOTAL H/E | $0.00 | 3709.70 | 1520.00 | 70484.30 |

### PRE-TAX ITEMS

| 401K EE | 148.39- | 2819.41- |
| DENTAL PT | 44.10- | 837.90- |
| KAISER HMO PT | 161.85- | 3075.15- |

| TOTAL PRE-TAX | | 354.34- | | 6732.46- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 217.23 | 4127.42 |
| MEDICARE TAX | 50.80 | 965.28 |
| FED INC TAX | 442.97 | 8416.42 |
| PRI-STATE TAX | 140.56 | 2670.84 |
| SDI/UC TAX | 28.03 | 532.57 |

| TOTAL TAXES | 879.59 | 16712.34 |

### AFTER-TAX DEDUCTIONS

| 401K LOANAMT1 | 239.81 | 4556.39 |
| 401K LOANAMT2 | 64.33 | 1222.27 |
| UNITED WAY | 5.00 | 95.00 |

### SPECIAL INFORMATION

VAC AVAIL BAL: 8.00
FLOAT AVAIL BAL: .00

### CURRENT NET PAY DISTRIBUTION

S 8582304988 25.00
C 7243248801 2141.63
CHECK AMOUNT .00

| | GROSS WAGES | PR/TAX ITEMS | TAXABLE WAGES | TAXES | DED/OTHER | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3709.70 | 354.34- | 3355.36 | 879.59 | 309.14 | 2166.63 |
| Y-T-D | 70484.30 | 6732.46- | 63751.84 | 16712.34 | 5873.66 | 41165.84 |

| TOTAL | $0.00 | 3355.36 | 1520.00 | 63751.84 | TOTAL PR DED | 309.14 | 5873.66 |

TOTAL CURRENT NET PAY 2166.63

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian



DEARDEN'S
700 S. MAIN STREET
LOS ANGELES, CA. 90014

DATE: 09-15-08    CHECK NO. A022542

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

NOT NEGOTIABLE

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK. DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



**DEARDEN'S**
700 S. MAIN STREET
LOS ANGELES, CA. 90014

CHECK NO: A022268
CHECK DATE: 08/29/08
PERIOD ENDING: 08/24/08
PAY FREQUENCY: BIWEEKLY
PAY PERIOD: 08/11/08-08/24/08

MARTHA ELSA DUENAS
7706 MORNING MIST DRIV
CORONA, CA 92880

ID NUMBER: 0019097493
BASE RATE: 3709.70
SSN:

STATUS         EXEMPT
FED: MARRIED    02
ST1: MARRIED    02
ST2:

TAX ADJUSTMENTS
FED: $ 25.00   ST:$ 25.00
D1/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CA   LOC1:     LOC3:
SEC:       LOC2:     LOC4:

### IMPORTANT MESSAGE

#### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| SAL | 46.3713 | 40.00 | 1854.85 | |
| VAC | 46.3713 | 40.00 | 1854.85 | |
| SAL | | | 1288.00 | 59726.17 |
| FMOL | | | 8.00 | 370.97 |
| VAC | | | 112.00 | 5192.58 |
| SALHL | | | 32.00 | 1483.85 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 217.24 | 3910.19 |
| MEDICARE TAX | 50.81 | 914.48 |
| FED INC TAX | 442.97 | 7873.46 |
| PRI-STATE TAX | 140.56 | 2530.08 |
| SDI/UC TAX | 28.03 | 504.54 |
| **TOTAL TAXES** | **879.61** | **15732.75** |

AFTER-TAX DEDUCTIONS

| 401K LOANAMT1 | 239.81 | 4316.58 |
| 401K LOANAMT2 | 64.33 | 1157.94 |
| UNITED WAY | 3.00 | 60.00 |

#### SPECIAL INFORMATION

VAC AVAIL BAL: 48.00
FLOAT AVAIL BAL: .00

CURRENT NET PAY DISTRIBUTION
CHECK AMOUNT: 2196.81

PRE-TAX ITEMS
401K /EE   148.39   2671.02
DENTAL PT   45.10   783.80
KAISER HMO PT  151.85  2913.30

|  | GROSS WAGES | PRE-TAX ITEMS | TAXABLE WAGES | TAXES | DED/OTHER | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3709.70 | 354.34 | 3355.36 | 879.61 | 307.14 | 2196.81 |
| YTD | | | | 5984.52 | 38999.21 | |

TOTAL CURRENT NET PAY: 2196.81

A Payroll Service by Ceridian

Statement of Earnings        Detach at perforation below and keep for your records



**DEARDEN'S**
700 S. MAIN STREET
LOS ANGELES, CA. 90014

DATE: 08-29-08     CHECK NO: A022268

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

**NOT NEGOTIABLE**

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



**CERIDIAN** freedom

DEARDEN'S
700 S. MAIN STREET
LOS ANGELES, CA. 90014

CHECK NO: A021444
CHECK DATE: 07/21/08
PERIOD ENDING: 07/13/08
PAY FREQUENCY: BIWEEKLY
PAY PERIOD: 06/30/08-07/13/08

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

ID NUMBER: 0019097492
BASE RATE: $709.70
SSN:

STATUS EXEMPT
FED: MARRIED 02
ST1: MARRIED 02
ST2:

TAX ADJUSTMENTS
FED: $25.00 ST:$ 25.00
OI/UC:
LOCAL:

STATE AND LOCAL CODES
PR1: CA LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| SAL | 46.3713 | 72.00 | 2338.73 | |
| SALHL | 46.3713 | 8.00 | 370.97 | |
| SAL | | | 1088.00 | 50451.92 |
| FHOL | | | 8.00 | 370.97 |
| VAC | | | 72.00 | 3338.73 |
| SALHL | | | 32.00 | 1483.88 |

TOTAL H/E 80.00 3709.70 1200.00 55645.50

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 217.23 | 3258.49 |
| MEDICARE TAX | 50.81 | 762.07 |
| FED INC TAX | 442.97 | 6644.55 |
| PR1-STATE TAX | 140.96 | 2108.40 |
| SDI/UC TAX | 28.03 | 420.45 |
| TOTAL TAXES | 879.60 | 13193.96 |

**AFTER-TAX DEDUCTIONS**

| 401K LOANAMT1 | 239.81 | 3597.15 |
| 401K LOANAMT2 | 64.37 | 964.95 |
| UNITED WAY | 5.00 | 75.00 |

### SPECIAL INFORMATION

VAC AVAIL BAL: 88.00
FLOAT AVAIL BAL: .00

### PRE TAX ITEMS

| 401K EE | 148.39- | 2225.85- |
| DENTAL PT | 44.10- | 661.50- |
| KAISER HMO PT | 161.85- | 2427.75- |
| TOTAL PRE TAX | 354.34- | 5315.10- |

| | GROSS WAGES | PRE TAX ITEMS | TAXABLE WAGES | TAXES | DED/OTHER | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3709.70 | 354.34- | 3355.36 | 879.60 | 309.18 | 2166.62 |
| Y-T-D | 55645.50 | 5315.10- | 50330.40 | 13193.96 | 4637.10 | 32499.34 |

CURRENT NET PAY DISTRIBUTION
C 6582234988 25.00
C 7242924900 2141.62
CHECK AMOUNT .00
TOTAL CURRENT NET PAY 2166.62

Statement Of Earnings — Detach at perforation below and keep for your records. — A Payroll Service By Ceridian

---



**CERIDIAN** freedom

DEARDEN'S
700 S. MAIN STREET
LOS ANGELES, CA. 90014

DATE: 07-21-08   CHECK NO: A021444

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

NOT NEGOTIABLE

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK





**DEARDEN'S**
700 S. MAIN STREET
LOS ANGELES, CA. 90014

| CHECK NO: | A022542 |
|---|---|
| CHECK DATE: | 09/15/08 |
| PERIOD ENDING: | 09/07/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 08/25/08-09/07/08 |

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

ID NUMBER: 0018097493
BASE RATE: 9709.70
SSN:

| STATUS | EXEMPT |
|---|---|
| FED: MARRIED | 02 |
| ST1: MARRIED | 02 |
| ST2: | |

TAX ADJUSTMENTS
FED: $ 25.00 ST:$ 25.00
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CA LOC1: LOC3:
SEC: LOC2: LOC4: LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| SAL | 46.3713 32.00 | 1483.88 | | |
| VAC | 46.3713 40.00 | 1854.85 | | |
| SALHL | 46.3713 8.00 | 370.97 | | |
| SAL | | | 1320.00 | 61210.05 |
| HOL | | | 8.00 | 370.97 |
| VAC | | | 152.00 | 7048.43 |
| SALHL | | | 40.00 | 1854.85 |
| **TOTAL H/E** | **80.00** | **3709.70** | **1520.00** | **70484.30** |

PRE TAX ITEMS
401K EE 148.39 2819.41
DENTAL PT 44.10 837.90
KAISER HMO PT 161.85 3075.15

TOTAL PRE-TAX 354.34 6732.46

| | GROSS WAGES | PRETAX ITEMS | TAXABLE WAGES | TAXES | DED/OTHER | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3709.70 | 354.34 | 3355.36 | 878.58 | 308.14 | 2168.62 |
| Y-T-D | 70484.30 | 6732.46 | 63751.84 | 16712.34 | 5873.66 | 41165.84 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO. SEC TAX | 217.23 | 4127.42 |
| MEDICARE TAX | 50.80 | 965.28 |
| FED INC TAX | 442.07 | 8416.43 |
| PRI-STATE TAX | 140.56 | 2670.84 |
| SDI/UC TAX | 28.03 | 532.37 |
| **TOTAL TAXES** | **878.58** | **16712.34** |

AFTER-TAX DEDUCTIONS
| 401K LOANAMT1 | 239.81 | 4556.39 |
| 401K LOANAMT2 | 64.33 | 1222.27 |
| UNITED WAY | 5.00 | 95.00 |

TOTAL PER DED 308.14 5873.66

### SPECIAL INFORMATION

VAC AVAIL BAL 8.00
FLOAT AVAIL BAL .00

CURRENT NET PAY DISTRIBUTION
S 3592234988 25.00
C 7243248601 2141.63
CHECK AMOUNT .00

TOTAL CURRENT NET PAY 2166.62

Statement Of Earnings — Detach at perforation below and keep for your records. — A Payroll Service By Ceridian

---



**DEARDEN'S**
700 S. MAIN STREET
LOS ANGELES, CA. 90014

DATE: 09-15-08  CHECK NO. A022542

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MARTHA ELSA DUENAS
7706 MORNING MIST DRIVE
CORONA, CA 92880

**NOT NEGOTIABLE**

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK