| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MANFRED SCHROER, ESQ. #78065<br>22545 BARTON ROAD, STE. 204<br>GRAND TERRACE, CA 92313<br><br>(909)783-4422 * Fx (909)783-441<br><br><br>*Attorney for Debtors* |  |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: WILLIAM DUENAS<br>MARTHA DUENAS<br><br><br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 6:08-BK-22760 PC |

# ORDER ON DEBTOR'S MOTION TO CONVERT CASE
# UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

Pursuant to Local Bankruptcy Rule 1017-1, Debtor moved to convert this chapter <u>11</u> case to a case under chapter <u>7</u>.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, THE COURT ORDERS AS FOLLOWS:

1. ☐ Motion granted. This case is hereby converted to chapter ___ pursuant to 11 U.S.C. § 706(a). If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than fifteen (15) days after the date of the entry of this Order.

2. • Motion granted. This case is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

    a. Within 15 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

    b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

    c. The debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must forthwith turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

    d. Within 15 days of the date of this order, the Debtor must file the statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, if such documents have not already been filed.

    e. If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

*(This Order is continued on the next page.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2008* **F 1017-1.2**

    f.    Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

        (1)  A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this conversion order.

        (2)  A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this conversion order, and

        (3)  A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this conversion order.

3.  ☐  Motion denied without prejudice on the following grounds *(specify):*    ☐  See Attached Page

4.  ☐  Motion denied with prejudice on the following grounds:

    a.  ☐  Case previously converted under 11 U.S.C. §    ☐ 1112    ☐ 1208    ☐ 1307

    b.  ☐  Debtor is not an eligible debtor under the chapter to which conversion is sought

    c.  ☐  Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d.  ☐  Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

    e.  ☐  Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5  ☐  This matter is set for hearing as follows:    *Date*:    *Time*:    *Ctrm*:
    Address of Courtroom:

6.  ☐  Notice is required as follows (*specify*):    ☐ See Attached Page

7.  ☐  Court further orders as follows (*specify*):    ☐ See Attached Page

                # # #

DATED: October 21, 2008

United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2008*    **F 1017-1.2**

| In re:<br>DUENAS, William & Martha | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:08-bk-22760 PC |

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA COUNTY OF ___SAN BERNARDINO___

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: 22545 Barton road, suite 204, Grand Terrace, CA 92313

On ___October 10, 2008___, I served the foregoing document described as: ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at ___Grand Terrace___, California, addressed as follows:

- Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2008

| Manfred Schroer | /s/ Manfred Schroer |
|---|---|
| *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2008*    **F 1017-1.2**

Order on Debtor's Motion to Convert Case – Page 3    F 1017-1.2

In re:
DUENAS, William & Martha

CHAPTER 11

Debtor.  CASE NUMBER 6:08-bk-22760 PC

| | | |
|---|---|---|
| 21st Century Insurance<br>6301 Owensmouth Ave<br>Woodland Hills, CA 91367 | Countrywide Home Loans<br>PO Box 961206<br>Fort Worth, TX 76161 | Kinecta Federal Credit Union<br>PO Box 10003<br>Manhattan Beach, CA 90267 |
| Alberto Trujillo<br>894 West G Street<br>Colton, CA 92324 | Countrywide Home Loans<br>PO Box 10287<br>Van Nuys, CA 91410 | Kinecta Federal Credit Union<br>PO Box 91210<br>City of Industry, CA 91715 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | Countrywide Home Loans<br>MSN 314B PO Box 5170-93062<br>Simi Valley, CA 93062 | Kinecta Federal Credit Union<br>1440 Rosecrans Ave<br>Manhattan Beach, CA 90266 |
| ATT&T/CBA Collection Bureau<br>PO Box 467600<br>Atlanta, GA 31146 | Countrywide Home Loans<br>PO Box 10287<br>Van Nuys, CA 91410 | THD/CBSD<br>PO Box 6028<br>The Lakes, NV 88901 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | DirecTV<br>PO Box 54000<br>Los Angeles, CA 90054 | Washington Mutual Bank/Providi<br>4900 Johnson Drive<br>Pleasanton, CA 94588 |
| Beneficial Household Finance<br>961 Wigel Drive<br>Elmhurst, IL 60126 | HSBC Auto Finance<br>PO Box 60115<br>City of Industry, CA 91716 | Wells Fargo Financial Bank<br>PO Box 59431<br>Sioux Falls, SD 57104 |
| Chase<br>201 North Walnut St<br>Wilmington, DE 19801 | Jose Cordon<br>8930 Cortada Street<br>Rosemead, CA 91770 | Wells Fargo Financial Bank<br>3201 North 4th Avenue<br>Sioux Falls, SD 57104 |
| City of Chino Hills<br>2001 Grand Avenue<br>Chino Hills, CA 91709 | Juniper Bank<br>1007 North Orange Street<br>Wilmington, DE 19801 | Wescom Credit Union<br>PO Box 7042<br>Pasadena, CA 91109 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2008*    **F 1017-1.2**

**SERVICE LIST FOR ENTERED ORDER**

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Elizabeth A Lossing, Esq.<br><br>John D Schlotter, Esq.<br><br><br>Manfred Schroer<br><br>United States Trustee | CREDITOR<br>HSBC Auto Finance Department<br>P.. Box 201347<br>Arlington, TX 76006<br><br>DEBTORS<br>William Duenas<br>Martha Duenas<br>7706 Morning Mist Dr.<br>Corona, CA 92880 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2008*    **F 1017-1.2**