| United States Bankruptcy Court<br>Central District of California | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Duenas, William** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Duenas, Martha** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Guillermo Jimenez Duenas; AKA Guillermo Duenas;<br>AW Bilco II, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Martha Elsa Duenas; AKA Martha Ybarra** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1386** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7261** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7706 Morning Mist Dr<br>Corona, CA**  ZIP Code **92880** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7706 Morning Mist Dr<br>Corona, CA**  ZIP Code **92880** |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business:<br>**Riverside** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Duenas, William** <br> **Duenas, Martha** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed: **Central Distr. of Calif -Riverside Div** | Case Number: <br> **6:08-19587 PC** | Date Filed: <br> **7/30/08** |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>       Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Duenas, William**<br>**Duenas, Martha** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** ___/s/ William Duenas___
Signature of Debtor  **William Duenas**

**X** ___/s/ Martha Duenas___
Signature of Joint Debtor **Martha Duenas**

Telephone Number (If not represented by attorney)

**November 5, 2008**
Date

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** ___/s/ MANFRED SCHROER___
Signature of Attorney for Debtor(s)

**MANFRED SCHROER 78065**
Printed Name of Attorney for Debtor(s)

**MANFRED SCHROER, ESQ.**
Firm Name
**22545 BARTON RD. STE. 204**
**GRAND TERRACE, CA 92313**

Address

                 **Email: schrolaw@sbcglobal.net**
**(909) 783-4422  Fax: (909) 783-4411**
Telephone Number

**November 5, 2008             78065**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# AMENDED
## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Ch 13 filed on or about Apr. 1994, Los Angeles Div. of the Central District of California - dismissed**
    **Ch 13 filed on or about Feb 1995, Los Angeles Div. of the Central District of California -  discharged**
    **Ch 13 filed on July 30, 2008, Case 6:08-19587, Riverside Division of the Central District of California, Judge Carroll, dismissed on September 12, 2008.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Same as item #1**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Grand Terrace** , California.

Dated  **November  5, 2008**

**/s/ William Duenas**
**William Duenas**
*Debtor*

**/s/ Martha Duenas**
**Martha Duenas**
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Califonia.

*Revised May 2004*

**F 1015-2.1**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **William Duenas,**
       **Martha Duenas**

Case No.   **6:08-bk-22760 PC**

Debtors

Chapter      **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,691,000.00 | | |
| B - Personal Property | Yes | 4 | 222,952.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,161,138.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 29,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 930,395.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 15,135.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 12,834.17 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 1,913,952.17 | | |
| Total Liabilities | | | | 4,120,533.77 | |

# United States Bankruptcy Court
## Central District of California

In re    **William Duenas,**
       **Martha Duenas**

Case No.    **6:08-bk-22760 PC**

                     Debtors

Chapter            **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

.

In re    **William Duenas,**           Case No.   **6:08-bk-22760 PC**
        **Martha Duenas**

                        Debtors ,

# SCHEDULE A - REAL PROPERTY - AMENDED

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence at: 7706 Morning Mist Dr., Corona, CA** | **Fee simple** | **J** | **505,000.00** | **737,000.00** |
| **Real Property at: 892 West G Street, Colton, CA 92324** | **Fee simple** | **J** | **353,000.00** | **734,000.00** |
| **Real Property at: 894 West G Street, Colton, CA 92324** | **Fee simple** | **J** | **353,000.00** | **731,000.00** |
| **Real Property at: 1946 So Park Ave, Pomona, CA 91766** | **Fee simple** | **J** | **480,000.00** | **787,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,691,000.00** | (Total of this page) |
| Total > | **1,691,000.00** | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re   **William Duenas,**          Case No.   **6:08-bk-22760 PC**
      **Martha Duenas**

                                   Debtors,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking & Savings Accounts** <br> **Wells Fargo Bank #000009409 & #0000004671** <br> **Chino Hills Branch** <br> **Chino Hills, CA** | W | 302.52 |
| | | **Checking & Savings Account** <br> **Bank of America** <br> **Corona Branch** <br> **Corona, CA** | C | 30.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture & Furnishings** | C | 4,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | C | 1,000.00 |
| 7.  Furs and jewelry. | | **Jewelry** | C | 1,150.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                        Sub-Total >          6,482.52
                                    (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **William Duenas,**            Case No.   **6:08-bk-22760 PC**

         **Martha Duenas**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K (through Employer)** | **W** | **100,169.65** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bilco II, LLC (100% of Shares owned by Debtors) Believed not to have any value; Suspended** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Bilco I, a Business entity which was to have been incorporated, but not completed.** **Debtor-husb. was part of three (3) no-name Partnerships.  One was between Jose Cordon, (a creditor herein) and Debtor-husband.  The purpose was to develop a 4-single unit rsidential project. Then, Mr. Cordon sold his 50% interest to Jorge Posada (also a creditor herein).  Thereafter, Debtor-husband sold 50% of his half interest (25%) to Sergio Rodezno.** **Then the project came to a halt and Debtor-husb. sold his remaining 25% also to Mr.  Rodezno, making to Rodezno & Posada 50/50 the final partners.** | **C** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Note, secured by Deed of Trust on real property which is "under water".** | **C** | **30,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       **130,169.65**

(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re     **William Duenas,**                               Case No.   **6:08-bk-22760 PC**

           **Martha Duenas**

                                     Debtors ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Mercedes-Benz E-500 | C | 15,500.00 |
| | | 2003 Mercedes-Benz 500SL | C | 23,500.00 |
| | | 2003 Mercedes-Benz S-400 | C | 22,000.00 |
| | | 2003 Mercedes-Benz E-500 | C | 15,800.00 |
| | | 2005 Toyota Corolla (110,00 miles) | W | 6,500.00 |
| | | 2001 Mazda B300 Pick-up (117,000 miles) | H | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **86,300.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **William Duenas,**            Case No.   **6:08-bk-22760 PC**

        **Martha Duenas**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **222,952.17** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William Duenas,**            Case No.   **6:08-bk-22760 PC**
          **Martha Duenas**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking & Savings Accounts** <br> **Wells Fargo Bank #000009409 & #0000004671** <br> **Chino Hills Branch** <br> **Chino Hills, CA** | **C.C.P. § 703.140(b)(5)** | **2,130.00** | **302.52** |
| **Checking & Savings Account** <br> **Bank of America** <br> **Corona Branch** <br> **Corona, CA** | **C.C.P. § 703.140(b)(5)** | **101.00** | **30.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture & Furnishings** | **C.C.P. § 703.140(b)(3)** | **4,000.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **C.C.P. § 703.140(b)(3)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **C.C.P. § 703.140(b)(4)** | **1,150.00** | **1,150.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K (through Employer)** | **C.C.P. § 703.140(b)(10)(E)** | **100,169.65** | **100,169.65** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Toyota Corolla (110,00 miles)** | **C.C.P. § 703.140(b)(5)** <br> **C.C.P. § 703.140(b)(2)** | **3,200.00** <br> **3,300.00** | **6,500.00** |
| **2001 Mazda B300 Pick-up (117,000 miles)** | **C.C.P. § 703.140(b)(5)** | **3,000.00** | **3,000.00** |
| | Total: | **118,050.65** | **116,152.17** |

<u>  0  </u> continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re **William Duenas,** Case No. **6:08-bk-22760 PC**
**Martha Duenas**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2870** <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | | J | Opened  8/01/07  Last Active  5/15/08 <br><br> First Mortgage <br><br> Residence at: 7706 Morning Mist Dr., Corona, CA <br> Value $          505,000.00 | | | | 611,355.00 | 106,355.00 |
| Account No. **xxxxx9015** <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | | J | Opened  3/01/06  Last Active  3/11/08 <br><br> First Mortgage <br><br> Real Property at: <br> 1946 So Park Ave, Pomona, CA <br> BUSINESS DEBT <br> Value $          480,000.00 | | | | 517,685.00 | 37,685.00 |
| Account No. **xxxxx0842** <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | | J | Opened  8/01/05  Last Active  7/25/08 <br><br> First Mortgage <br><br> Real Property at: <br> 892 West G Street, Colton, CA <br> BUSINESS DEBT <br> Value $          353,000.00 | | | | 413,717.00 | 60,717.00 |
| Account No. **xxxxx0850** <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | | J | Opened  8/01/05  Last Active  5/19/08 <br><br> First Mortgage <br><br> Real Property at: <br> 894 West G Street, Colton, CA <br> BUSINESS DEBT <br> Value $          353,000.00 | | | | 411,096.00 | 58,096.00 |

_  **3**  _ continuation sheets attached

Subtotal
(Total of this page)

| 1,953,853.00 | 262,853.00 |

In re **William Duenas,**               Case No. __6:08-bk-22760 PC__
      **Martha Duenas**

_____,
                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2878**<br><br>**Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062** | | J | **8/01/07**<br><br>**Second Mortgage**<br><br>**Residence at: 7706 Morning Mist Dr., Corona, CA**<br><br>Value $       **505,000.00** | | | | **76,000.00** | **76,000.00** |
| Account No. **xxxxx1322**<br><br>**Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062** | | J | **Opened 8/01/05 Last Active 2/27/08**<br><br>**Second Mortgage**<br><br>**Real Property at: 892 West G Street, Colton, CA BUSINESS DEBT**<br><br>Value $       **353,000.00** | | | | **50,637.00** | **50,637.00** |
| Account No. **xxxxx1330**<br><br>**Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062** | | J | **Opened 8/01/05 Last Active 2/27/08**<br><br>**Second Mortgage**<br><br>**Real Property at: 894 West G Street, Colton, CA BUSINESS DEBT**<br><br>Value $       **353,000.00** | | | | **50,637.00** | **50,637.00** |
| Account No.<br><br>**Edgar F Eguino 1969 Berry Hill Dr. Chino Hills, CA 91709** | | J | **8/2005**<br><br>**3rd Trust Deed**<br><br>**Real Property at: 892 West G St., Colton, CA 92324 BUSINESS DEBT**<br><br>Value $       **353,000.00** | | | X | **270,000.00** | **270,000.00** |
| Account No.<br><br>**Edgar F Eguino 1969 Berry Hill Dr. Chino Hills, CA 91709** | | J | **10/2007**<br><br>**Third Mortgage**<br><br>**Residence at: 7706 Morning Mist Dr., Corona, CA BUSINESS DEBT**<br><br>Value $       **505,000.00** | | | | **50,000.00** | **50,000.00** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal      | **497,274.00** | **497,274.00** |
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re  **William Duenas,**
       **Martha Duenas**

Case No.   **6:08-bk-22760 PC**

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8/2005 | | | | | |
| Edgar F Eguino 1969 Berry Hill Dr. Chino Hills, CA 91709 | | C | Third Mortgage<br><br>Real Property at: 894 West G Street, Colton, CA BUSINESS DEBT | | | X | | |
| | | | Value $            353,000.00 | | | | 270,000.00 | 270,000.00 |
| Account No. | | | 8/2005 | | | | | |
| Edgar F Eguino 1969 Berry Hill Dr. Chino Hills, CA 91709 | | C | Third Mortgage<br><br>Real Property at: 1946 So Park Ave, Pomona, CA BUSINESS DEBT | | | | | |
| | | | Value $            480,000.00 | | | | 270,000.00 | 270,000.00 |
| Account No. 32-2 | | | 9/2006 | | | | | |
| HSBC Auto Finance PO Box 60115 City Of Industry, CA 91716 | | C | Auto Loan<br><br>2003 Mercedes-Benz SL500 | | | | | |
| | | | Value $            23,500.00 | | | | 46,000.00 | 22,500.00 |
| Account No. xxxxxxx0001 | | | Opened 12/01/05  Last Active  6/03/08 | | | | | |
| Kinecta Fed Cred Union 1440 Rosecrans Ave Manhattan Beach, CA 90266 | | C | Auto Loan<br><br>2003 Mercedes-Benz S-430 BUSINESS DEBT | | | | | |
| | | | Value $            22,000.00 | | | | 39,111.00 | 17,111.00 |
| Account No. xxxxxxx0001 | | | Opened  2/01/07  Last Active  8/07/08 | | | | | |
| Kinecta Fed Credit Union 1440 Rosecrans Ave Manhattan Beach, CA 90266 | | H | Auto Loan<br><br>2003 Mercedes-Benz E-500 BUSINESS DEBT | | | | | |
| | | | Value $            15,500.00 | | | | 46,000.00 | 30,500.00 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 671,111.00 | 610,111.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **William Duenas,**
         **Martha Duenas**

Case No.   **6:08-bk-22760 PC**

Debtors    ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **7-00** | | | | 2/07 | | | | | |
| **Wescom Credit Union** **123 S Marengo Ave** **Pasadena, CA 91101** | | | C | Auto Loan 2003 Mercedes-Benz E-500 | | | | | |
| | | | | Value $        15,800.00 | | | | 38,900.00 | 23,100.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **3**   of  **3**   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 38,900.00 | 23,100.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,161,138.00 | 1,393,338.00 |

.

In re    **William Duenas,**
     **Martha Duenas**

Case No.  **6:08-bk-22760 PC**

_____,
                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **William Duenas,**         Case No. **6:08-bk-22760 PC**
       **Martha Duenas**

                                               ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xxxx &xxx-xx-7261** <br><br>**IRS Special Procedures** <br>**290 North D St** <br>**San Bernardino, CA 92401** |  | J | **2005/2006** <br><br>**Income Taxes, $29,000 & for Bilco II, LLC $12,000 (Business Debt)** |  |  | X | <br><br><br>29,000.00 | **Unknown** <br><br><br>**Unknown** |
| Account No. **xxxx-xx7-006** <br><br>**Los Angeles County Tax Collector** <br>**PO Box 54018** <br>**Los Angeles, CA 90054-0018** |  | H | **Real Property Taxes for:** <br>**1946 S. Park Ave., Pomona** |  |  |  | <br><br><br>Unknown | **Unknown** <br><br><br>**0.00** |
| Account No. **APN xxx-xx0-038** <br><br>**Riverside County Tax Collector** <br>**PO Box 12005** <br>**Riverside, CA 92502** |  | C | **Real Property Taxes on Residence:** <br>**7706 Morning Mist Dr.** <br>**Corona, CA** |  |  |  | <br><br><br>Unknown | **Unknown** <br><br><br>**0.00** |
| Account No. <br><br>**San Bernardino Cty Tax Coll** <br>**172 W 3rd St 1st Floor** <br>**San Bernardino, CA 92415** |  | C | **Real Property Taxes for:** <br>**894 W G Street, Colton &** <br>**892 W G Street, Colton** |  |  |  | <br><br><br>Unknown | **Unknown** <br><br><br>**0.00** |
| Account No. |  |  |  |  |  |  |  |  |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 29,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 29,000.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re    **William Duenas,**                                              Case No.  **6:08-bk-22760 PC**
            **Martha Duenas**

                                                      Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **8993** <br><br> **21st Century Insurance** <br> **6301 Owensmouth Ave** <br> **Woodland Hills, CA 91367** | C | | | | **9/01/07** <br> **Insurance Premiums** | | | | **144.00** |
| Account No. **WCAB: MON xxx6492** <br><br> **Advance Professional Imaging** <br> **585 S Knott Ave** <br> **Anaheim, CA 92804** | C | | | | **Workers Comp. Re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **WCAB: MON xxx6492** <br><br> **Advanced Proff Imag Med Grp** <br> **Attn: Sim C Hoffman** <br> **569 N Central Ave** <br> **Upland, CA 91786** | C | | | | **Workers Comp. re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **1234** <br><br> **Albert Trujillo** <br> **894 West G Street** <br> **Colton, CA 92324** | C | | | | **2006** <br> **BUSINESS LOAN** | | | | **20,000.00** |

   __11__  continuation sheets attached

                                                  Subtotal      |  **20,144.00**
                                        (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            S/N:34002-080918   Best Case Bankruptcy

In re **William Duenas,**      Case No. **6:08-bk-22760 PC**
      **Martha Duenas**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **WCAB: MON xxx6492** <br><br> **Ameri Chiropractic Clinic** <br> **1890 N Garey Ave Ste D** <br> **Pomona, CA 91767** | | H | | **Workers Comp. re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx2353** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | H | | **Opened 9/30/05 Last Active 9/18/07** <br> **CreditCard** <br> **MOSTLY BUSINESS DEBT** | | | | **141,905.00** |
| Account No. **xxxxxxxxxxxx5463** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | H | | **Opened 2/12/05 Last Active 10/31/07** <br> **CreditCard** <br> **BUSINESS DEBT** | | | | **1,729.00** |
| Account No. **3124** <br><br> **AT&T** <br> **c/o CBA Collection Bureau** <br> **PO Box 467600** <br> **Atlanta, GA 31146** | | C | | **9/01/07** <br> **Cell Phone Services** <br> **BUSINESS DEBT** | | | | **185.57** |
| Account No. **2265** <br><br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | | C | | **5/01/08** <br> **ChargeAccount** <br> **MOSTLY BUSINESS DEBT** | | | | **5,680.00** |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    **149,499.57**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **William Duenas,**          Case No.   **6:08-bk-22760 PC**
     **Martha Duenas**

_____,
             Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7331** <br><br> **Bay Area Credit Serv LLC** <br> **PO Box 467600** <br> **Atlanta, GA 31146** | | C | **9/08** <br> **Duplicate of: AT&T** | | | | 0.00 |
| Account No. **xxx510 2** <br><br> **Beneficial** <br> **PO Box 4153** <br> **Carol Stream, IL 60197** | | C | **Duplicate of Beneficial** | | | | 0.00 |
| Account No. **xxxxxxxxx3510** <br><br> **Beneficial/Hfc-ta** <br> **Attn.: Bankruptcy** <br> **961 Weigel Dr** <br> **Elmhurst, IL 60126** | | C | **Opened 6/01/06 Last Active 10/01/07** <br> **Unsecured** <br> **MOSTLY BUSINESS DEBT** | | | | 17,169.00 |
| Account No. **xxxxxxE2885** <br><br> **Capital Mngmnt Serv LP** <br> **726 Exchange St #700** <br> **Buffalo, NY 14210** | | C | **Duplicate for: Washington Mutual** | | | | 0.00 |
| Account No. **xxxxxxx2691** <br><br> **Chase - Cc** <br> **Attention: Banktrupcy Department** <br> **Po Box 100018** <br> **Kennesaw, GA 30156** | | C | **Opened 8/01/04 Last Active 6/05/08** <br> **CreditCard** | | | | 10,611.00 |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)        **27,780.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re William Duenas,      Case No. __6:08-bk-22760 PC__
      Martha Duenas

_____,
                      Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8676**<br><br>**Chase - Cc**<br>**Attention: Banktruptcy Department**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** | C | | **Opened 3/01/06 Last Active 6/05/08**<br>**CreditCard** | | | | 3,973.00 |
| Account No. **xxxxxxxxxxx8873**<br><br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | H | **Opened 8/01/06 Last Active 10/15/07**<br>**ChargeAccount** | | | | 6,087.00 |
| Account No. **2505**<br><br>**City of Chino Hills**<br>**2001 Grand Avenue**<br>**Chino Hills, CA 91709** | C | | **9/01/01**<br>**Duplicate of: Golden State Credit Sv.** | | | | 0.00 |
| Account No. **xxxxxx8030**<br><br>**CMI**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007-1906** | C | | **3/08**<br>**Duplicate for: Time Warner Cable** | | | | 0.00 |
| Account No. **xxxxxxxx6948**<br><br>**Collection Bureau of America**<br>**PO Box 5013**<br>**Hayward, CA 94540-5135** | C | | **Duplicate for: AT&T** | | | | 0.00 |

Sheet no. __3___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     10,060.00

In re **William Duenas,**      Case No. __6:08-bk-22760 PC__
       **Martha Duenas**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Countrywide Home Lending Attention: Bankruptcy Po Box 5170 Simi Valley, CA 93062** | | J | | **8/2005 2nd T.D. on Real Property foreclosed in 6/08** | | | | 251,000.00 |
| Account No. **xxxx0486 JUI** <br><br>**Creditors Interchange 80 Holtz Drive Buffalo, NY 14225** | | C | | **Duplicate for: Bank of America** | | | | 0.00 |
| Account No. <br><br>**David A Xavier Esq 1112 South Garfield Ave Alhambra, CA 91801** | | C | | **Duplicate for: Jose Cordon** | | | | 0.00 |
| Account No. **0227** <br><br>**Direct TV PO Box 5400 Los Angeles, CA 90054** | | C | | **9/01/07 Services** | | | | 631.00 |
| Account No. **xxxxx0227** <br><br>**Direct TV PO Box 78626 Phoenix, AZ 85062** | | C | | **5/08 Cable Service** | | | | 631.86 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      252,262.86

In re **William Duenas,**
    **Martha Duenas**

Case No. **6:08-bk-22760 PC**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **WCAB: MON xxx6492** <br><br> **Early Maslach & Van Dueck** <br> **700 S Flower St Ste 2800** <br> **Los Angeles, CA 90017** | C | | | **Workers Comp. re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **ERS G-xxx7871** <br><br> **ER Solutions Inc** <br> **c/o Washington Mutual** <br> **po bOX 9004** <br> **Renton, WA 98057-9004** | C | | | **12/07** <br> **Duplicate of: WaMu** | | | | **0.00** |
| Account No. **WCAB: MON xxx6492** <br><br> **Farmers Insurance Group** <br> **Attn Tino Helena** <br> **PO Box 928** <br> **Santa Ana, CA 92702-0928** | | H | | **2005** <br> **Workers Comp. re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **GxxxCCHxxxxxx9433** <br><br> **Golden State Credit Sv** <br> **280 N. Benson Ave.** <br> **Upland, CA 91786** | C | | | **Opened 5/01/08** <br> **CollectionAttorney City Of Chino Hills** | | | | **376.00** |
| Account No. **WCAB: MON xxx6492** <br><br> **Hiden & Breslavski** <br> **4661 West Pico Blvd** <br> **Los Angeles, CA 90019** | | H | | **Duplicate for: Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |

Sheet no. **5** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**376.00**

In re    **William Duenas,**
         **Martha Duenas**

Case No.   **6:08-bk-22760 PC**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx8395** | | | | | **Opened 7/01/08** **Barclays Bank Delaware** | | | | |
| **Hilco Rec** **5 Revere Dr Ste 510** **Northbrook, IL 60062** | H | | | | | | | | |
| | | | | | | | | | **7,042.00** |
| Account No. **510-WDI** | | | | | **Ttransfer from other collec.6/08** **Duplicate for: WaMu** | | | | |
| **IC Systems Inc** **PO Box 64886** **Saint Paul, MN 55164-0886** | C | | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | **2006** **BUSINESS LOAN** | | | | |
| **Jorge Posada** **16466 Valley Spring Rd** **Chino Hills, CA 91709** | C | | | | | | | | |
| | | | | | | | | | **12,500.00** |
| Account No. **1234** | | | | | **Through-out last 6 years.** **Buiness Loan/Default Judgment** **(Void because Debtors' were never served and Judgment was entered when in a pending Chapter 13) Loan not disp., only the judgment!** **BUSINESS DEBT** | | | | |
| **Jose Cordon** **8930 Cortada Street** **Rosemead, CA 91770** | C | | | | | | | X | |
| | | | | | | | | | **220,000.00** |
| Account No. **WCAB: MON xxx6492** | | | | | **Last 3 years** **Workers Comp.** **BUSINESS LIABILITY** | | | | |
| **Juan Jose Ayala** **2013 Las Vegas Ave #5** **Pomona, CA 91767** | H | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**239,542.00**

In re **William Duenas,**        Case No. __6:08-bk-22760 PC__
       **Martha Duenas**

_____ ,
                             Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No. 9929**<br><br>**Juniper Bank**<br>**1007 North Orange St**<br>**Wilmington, DE 19801** | C | | | 12/01/05<br>ChargeAccount<br>**MOSTLY BUSINESS DEBT** | | | | **5,800.00** |
| **Account No.**<br><br>**Karina Hernandez**<br>**1022 12th Street**<br>**Pomona, CA 91766** | C | | | 1/2007<br>**BUSINESS LOAN** | | | | **52,000.00** |
| **Account No. xxxxxxxx9007**<br><br>**Kinecta Federal Cred U**<br>**Po Box 10003**<br>**Manhattan Beach, CA 90267** | H | | | Opened 2/01/07 Last Active 1/02/08<br>CreditCard | | | | **10,442.00** |
| **Account No. WCAB: MON xxx6492**<br><br>**Med-Legal Inc**<br>**PO Box 1288**<br>**West Covina, CA 91793** | H | | | Workers Comp. re Jose Ayala<br>**BUSINESS LIABILITY** | | | | **Unknown** |
| **Account No. 2353**<br><br>**Nationwide Credit Inc**<br>**310 Corporate Way**<br>**Miramar, FL 33025-6547** | C | | | Duplicate of:<br>**American Express** | | | | **0.00** |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **68,242.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **William Duenas,**                                Case No.   **6:08-bk-22760 PC**
        **Martha Duenas**

Debtors ,

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx5967 <br><br> **Nationwide Credit Inc** <br> **PO Box 740640** <br> **Atlanta, GA 30374-0640** | | C | **2/08** <br> **Duplicate for: American Express** | | | | **0.00** |
| Account No. x1002 <br><br> **OSI Collection Serv Inc** <br> **PO Box 983** <br> **Brookfield, WI 53008-0983** | | C | **1/08** <br> **Duplicate for: American Express** | | | | **0.00** |
| Account No. WCAB: MON xxx6492 <br><br> **Prestige Transportation Inc** <br> **18375 Ventura Blvd #368** <br> **Tarzana, CA 91356** | | H | **Workers Comp. re Jose Ayala** <br> **BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. <br><br> **Salvador Garcia** <br> **325 N Vernon Ave** <br> **Azusa, CA 91702** | | C | **2007** <br> **BUSINESS LOAN** | | | | **128,000.00** |
| Account No. 654-2 <br><br> **Sprint** <br> **PO Box 79357** <br> **City Of Industry, CA 91716** | | C | **Cell Phone Service** <br> **MOSTLY BUSINESS** | | | | **585.92** |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **128,585.92**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re  **William Duenas,**  
    **Martha Duenas**

Case No. __6:08-bk-22760 PC__

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8873** <br><br> **THD/CBSD** <br> **PO Box 6028** <br> **The Lakes, NV 88901** | | C | **8/01/06** <br> **Duplicate of: Citibank USA** | | | | 0.00 |
| Account No. **xxxxxx0939** <br><br> **Time Inc** <br> **PO Box 60001** <br> **Tampa, FL 33660-0001** | | C | **5/08** <br> **Newpaper** | | | | 39.95 |
| Account No. **xxxxxxxxxxx7442** <br><br> **Time Warner Cable** <br> **3430 E Miraloma Blvd** <br> **Anaheim, CA 92806** | | C | **11/07** <br> **Cable Service** | | | | 96.47 |
| Account No. **xxx4657** <br><br> **True North Ar** <br> **9 Commercial Blvd** <br> **Novato, CA 94949** | | H | **Opened 2/01/08** <br> **Collection Attorney for 21st Century Ins.** | | | | 144.00 |
| Account No. <br><br> **Vadal Khan** <br> **430 S Hobart #111** <br> **Los Angeles, CA 90020** | | H | **2000** <br> **BUSINESS LOAN** | | | | 10,000.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

10,280.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **William Duenas,**      Case No. __6:08-bk-22760 PC__
       **Martha Duenas**

_____ ,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W | J / C | | | | | |
| Account No. **xxxxxxxxxx3564**<br><br>**WaMu**<br>**PO Box 6868**<br>**Lake Worth, FL 33466-6868** | H | | | **10/07**<br>**Overdraft Checking Account**<br>**BUSINESS DEBT** | | | | **3,500.00** |
| Account No. **3892**<br><br>**Washigton Mutual Bank/Providi**<br>**4900 Johnson Drive**<br>**Pleasanton, CA 94588** | C | | | **12/1/99**<br>**ChargeAccount** | | | | **4,037.00** |
| Account No. **2735**<br><br>**Washigton Mutual Bank/Providi**<br>**4900 Johnson Drive**<br>**Pleasanton, CA 94588** | C | | | **12/01/05**<br>**ChargeAccount** | | | | **4,222.00** |
| Account No. **3771**<br><br>**Washigton Mutual Bank/Providi**<br>**4900 Johnson Drive**<br>**Pleasanton, CA 94588** | C | | | **8/19/97**<br>**ChargeAccount**<br>**BUSINESS DEBT** | | | | **4,898.00** |
| Account No. **xxx-xxx160-3**<br><br>**Washington Mutual**<br>**PO Box 1098**<br>**Northridge, CA 91328-1098** | W | | | **12/07**<br>**Account Overdraft** | | | | **1,000.00** |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,657.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **William Duenas,**  
      **Martha Duenas**  

Case No.  **6:08-bk-22760 PC**

                                    ,  
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1379**<br><br>**Wells Fargo**<br>**Attn: Coll Serv, 1st Floor, M**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | | C | Opened 7/01/07 Last Active 11/01/07<br>CreditCard | | | | **Unknown** |
| Account No. **xxxxxxxx1775**<br><br>**Wells Fargo Financial Bank**<br>**PO Box 59431**<br>**Sioux Falls, SD 57104** | | C | Opened 7/01/07 Last Active 5/14/08<br>CreditCard | | | | **2,173.00** |
| Account No. **xxxxxxxxxx8365**<br><br>**Wells Fargo Financial Bank**<br>**3201 North 4th Avenue**<br>**Sioux Falls, SD 57104** | | C | Opened 6/01/07 Last Active 4/29/08<br>NoteLoan | | | | **812.00** |
| Account No. **x-0001**<br><br>**Wescom Credit Union**<br>**Attn: Consumer Lending**<br>**Po Box 7042**<br>**Pasadena, CA 91109** | | C | 6/01/06<br>Personal Loan | | | | **2,981.00** |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **5,966.00**

Total  
(Report on Summary of Schedules) **930,395.77**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William Duenas**
   **Martha Duenas**            Case No.    **6:08-bk-22760 PC**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**18**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-Employed Realtor** | **Office Manager** |
| Name of Employer | **Cobol Realty** | **Dearden's Furniture** |
| How long employed | **8 years** | **30 years** |
| Address of Employer | **20118 E Colima Rd.**<br>**Walnut, CA 91789** | **700 So Main St.**<br>**Los Angeles, CA 90014** |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **0.00** | $ **8,037.68** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **0.00** | $ **8,037.68** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | | $ **0.00** | $ **1,905.82** |
|    b. Insurance | | $ **0.00** | $ **446.23** |
|    c. Union dues | | $ **0.00** | $ **0.00** |
|    d. Other (Specify):    **401K** | | $ **0.00** | $ **321.51** |
|                 **401K Loan** | | $ **0.00** | $ **659.08** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **0.00** | $ **3,332.64** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **0.00** | $ **4,705.04** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **3,500.00** | $ **0.00** |
| 8. Income from real property | | $ **6,930.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **10,430.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **10,430.00** | $ **4,705.04** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **15,135.04** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

| | | | |
|---|---|---|---|
| In re | **William Duenas**<br>**Martha Duenas** | Case No. | **6:08-bk-22760 PC** |

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,018.58 |
|    a. Are real estate taxes included?            Yes \_\_\_     No **X** | | |
|    b. Is property insurance included?            Yes \_\_\_     No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 160.00 |
|               b. Water and sewer | $ | 50.00 |
|               c. Telephone | $ | 60.00 |
|               d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 40.00 |
| 8. Transportation (not including car payments) | $ | 700.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| 10. Charitable contributions | $ | 19.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 60.00 |
|               b. Life | $ | 0.00 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 220.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **Real Property Taxes 3 properties** | $ | 1,633.59 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 500.00 |
|               b. Other   **Mortgage payments on rentals 2nd TD only** | $ | 3,300.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Utilities, gardener, trash, repairs on 3 rental properties** | $ | 2,023.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,834.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 15,135.04 |
| b.   Average monthly expenses from Line 18 above | $ | 12,834.17 |
| c.   Monthly net income (a. minus b.) | $ | 2,300.87 |

# United States Bankruptcy Court
## Central District of California

In re    **William Duenas**
      **Martha Duenas**

Debtor(s)

Case No.    **6:08-bk-22760 PC**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 5, 2008**

Signature   **/s/ William Duenas**
               **William Duenas**
               Debtor

Date   **November 5, 2008**

Signature   **/s/ Martha Duenas**
               **Martha Duenas**
               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **William Duenas**
      **Martha Duenas**                      Case No.    **6:08-bk-22760 PC**

                               Debtor(s)           Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$77,903.70** | **2008 - Employment Wife** |
| **$9,000.00** | **2008 - Self-employment Husband (approx.)** |
| **$102,639.00** | **2007 - Husband & Wife** |
| **$110,935.00** | **2006 - Husband & Wife** |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$98,000.00** | **2008 - Rents (approx.)** |
| **$123,885.00** | **2007 - Rents (approx.)** |
| **$123,885.00** | **2006 - Rents (approx.)** |

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

     a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Edgar F Aguino**<br>**1969 Berry Hill Dr.**<br>**Chino Hills, CA 91709** | **Jul., Aug., & Sep. 2008** | **$9,900.00** | **$270,000.00** |
| **Tom Bayard, Atty**<br>**20955 Pathfinder Rd #160-4**<br>**Diamond Bar, CA 91765** | **Jul., Aug., & Sep. 2008** | **$8,275.00** | **$0.00** |

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jose Gordon v. Debtors Case No. GC040715** | **Complaint for Fraud and Deceit Breach of Contract; Imposition of Constructive Trust; Declaratory Relief; and Injucative Relief** | **Superior Court, County of Los Angeles Notheast District 300 E. Walnut Street Pasadena, CA 91101** | **Default Judgment (Void because Debtors' were never served and Judgment was entered when in a pending Chapter 13** |
| **Ayala v. Debtor: Workers Comp. MON 0336492** | **Workers Comp.** | **Workers Comp. Appeals Board** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Countrywide Home Lending Attention: Bankruptcy Po Box 5170 Simi Valley, CA 93062** | **Foreclosed in June 2008** | **16417 Valley Springs R. Chino Hills, CA 91709**<br><br>**1st and 2nd to Countrywide for about $891,000.00   Value unknown** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Thomas J. Bayard, Esq.** **20955 Pathfinder Rd., #160-4** **Diamond Bar, CA 91765** | | **$5,500** |
| **Manfred Schroer** **22545 Barton Road, Ste. 204** **Grand Terrace, CA 92313** | **10/07/08** **10/09/08** **10/14/08** | **Atty's Fees $400** **Atty's Fees $1,100** **Atty's Fees $1,000** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank**<br>**Chino Hills, CA 91709** | **Checking Acct #0000008601**<br>**$247.00** | **$247.00 closed Beginning of October 2008** |
| **WaMu**<br>**PO Box 6868**<br>**Lake Worth, FL 33466-6868** | **Checking Acct #000000000003564**<br>**balance -$4,500.00** | **-$4,500.00 on or about 1/08** |
| **Washington Mutual**<br>**PO Box 1098**<br>**Northridge, CA 91328-1098** | **Checking Acct #000-000160-3  balance -$1,000** | **-$1,000.00 Closed on or about 12/07** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Bilco II, LLC** | **XXXX5232** | **7706 Morning Mist Dr Corona, CA 92880** | **Developing Real Estate** | **2005 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Liberty Loan Service**                                                **2000 - Present**
**4200 Chino Hills Pkwy #380**
**Chino Hills, CA 91709**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                                  DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS
**Debtors**

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

**United Calif. Bank**
**Irvine, CA**

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 5, 2008**                    Signature   **/s/ William Duenas**

                                                          **William Duenas**
                                                          Debtor

Date  **November 5, 2008**                    Signature   **/s/ Martha Duenas**

                                                          **Martha Duenas**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     **MANFRED SCHROER**

Address     **22545 BARTON RD. STE. 204 GRAND TERRACE, CA 92313**

Telephone     **(909) 783-4422 Fax: (909) 783-4411**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **William Duenas Martha Duenas AKA Guillermo Jimenez Duenas; AKA Guillermo Duenas; AW Bilco II, LLC AKA Martha Elsa Duenas; AKA Martha Ybarra** | Case No.:     **6:08-bk-22760 PC** |
| | Chapter:     **7** |
| | |

## AMENDED
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __9__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:     **November 5, 2008**          **/s/ William Duenas**
                                        **William Duenas**
                                        Signature of Debtor

Date:     **November 5, 2008**          **/s/ Martha Duenas**
                                        **Martha Duenas**
                                        Signature of Debtor

Date:     **November 5, 2008**          **/s/ MANFRED SCHROER**
                                        Signature of Attorney
                                        **MANFRED SCHROER**
                                        **MANFRED SCHROER, ESQ.**
                                        **22545 BARTON RD. STE. 204**
                                        **GRAND TERRACE, CA 92313**
                                        **(909) 783-4422   Fax: (909) 783-4411**

William Duenas
7706 Morning Mist Dr
Corona, CA 92880


Martha Duenas
7706 Morning Mist Dr
Corona, CA 92880


MANFRED SCHROER
MANFRED SCHROER, ESQ.
22545 BARTON RD. STE. 204
GRAND TERRACE, CA 92313

21st Century Insurance
6301 Owensmouth Ave
Woodland Hills, CA 91367


Advance Professional Imaging
585 S Knott Ave
Anaheim, CA 92804


Advanced Proff Imag Med Grp
Attn: Sim C Hoffman
569 N Central Ave
Upland, CA 91786


Albert Trujillo
894 West G Street
Colton, CA 92324


Ameri Chiropractic Clinic
1890 N Garey Ave Ste D
Pomona, CA 91767


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


AT&T
c/o CBA Collection Bureau
PO Box 467600
Atlanta, GA 31146


Bank of America
PO Box 15026
Wilmington, DE 19850

```
Bay Area Credit Serv LLC
PO Box 467600
Atlanta, GA 31146


Beneficial
PO Box 4153
Carol Stream, IL 60197


Beneficial/Hfc-ta
Attn.: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126


Capital Mngmnt Serv LP
726 Exchange St #700
Buffalo, NY 14210


Chase - Cc
Attention: Banktruptcy Department
Po Box 100018
Kennesaw, GA 30156


Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


City of Chino Hills
2001 Grand Avenue
Chino Hills, CA 91709


CMI
4200 International Pkwy
Carrollton, TX 75007-1906
```

Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5135


Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062


Countrywide Home Lending
Attention: Bankruptcy
Po Box 5170
Simi Valley, CA 93062


Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


David A Xavier Esq
1112 South Garfield Ave
Alhambra, CA 91801


Direct TV
PO Box 5400
Los Angeles, CA 90054


Direct TV
PO Box 78626
Phoenix, AZ 85062


Early Maslach & Van Dueck
700 S Flower St Ste 2800
Los Angeles, CA 90017

```
Edgar F Eguino
1969 Berry Hill Dr.
Chino Hills, CA 91709


ER Solutions Inc
c/o Washington Mutual
po bOX 9004
Renton, WA 98057-9004


Farmers Insurance Group
Attn Tino Helena
PO Box 928
Santa Ana, CA 92702-0928


Golden State Credit Sv
280 N. Benson Ave.
Upland, CA 91786


Hiden & Breslavski
4661 West Pico Blvd
Los Angeles, CA 90019


Hilco Rec
5 Revere Dr Ste 510
Northbrook, IL 60062


HSBC Auto Finance
PO Box 60115
City Of Industry, CA 91716


IC Systems  Inc
PO Box 64886
Saint Paul, MN 55164-0886
```

IRS Special Procedures
290 North D St
San Bernardino, CA 92401


Jorge Posada
16466 Valley Spring Rd
Chino Hills, CA 91709


Jose Cordon
8930 Cortada Street
Rosemead, CA 91770


Juan Jose Ayala
2013 Las Vegas Ave #5
Pomona, CA 91767


Juniper Bank
1007 North Orange St
Wilmington, DE 19801


Karina Hernandez
1022 12th Street
Pomona, CA 91766


Kinecta Fed Cred Union
1440 Rosecrans Ave
Manhattan Beach, CA 90266


Kinecta Fed Credit Union
1440 Rosecrans Ave
Manhattan Beach, CA 90266

Kinecta Federal Cred U
Po Box 10003
Manhattan Beach, CA 90267


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Med-Legal Inc
PO Box 1288
West Covina, CA 91793


Nationwide Credit Inc
310 Corporate Way
Miramar, FL 33025-6547


Nationwide Credit Inc
PO Box 740640
Atlanta, GA 30374-0640


OSI Collection Serv Inc
PO Box 983
Brookfield, WI 53008-0983


Prestige Transportation Inc
18375 Ventura Blvd #368
Tarzana, CA 91356


Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502

Salvador Garcia
325 N Vernon Ave
Azusa, CA 91702


San Bernardino Cty Tax Coll
172 W 3rd St 1st Floor
San Bernardino, CA 92415


Sprint
PO Box 79357
City Of Industry, CA 91716


THD/CBSD
PO Box 6028
The Lakes, NV 88901


Time Inc
PO Box 60001
Tampa, FL 33660-0001


Time Warner Cable
3430 E Miraloma Blvd
Anaheim, CA 92806


True North Ar
9 Commercial Blvd
Novato, CA 94949


Vadal Khan
430 S Hobart #111
Los Angeles, CA 90020

WaMu
PO Box 6868
Lake Worth, FL 33466-6868


Washigton Mutual Bank/Providi
4900 Johnson Drive
Pleasanton, CA 94588


Washington Mutual
PO Box 1098
Northridge, CA 91328-1098


Wells Fargo
Attn: Coll Serv, 1st Floor, M
1 Home Campus
Des Moines, IA 50328


Wells Fargo Financial Bank
PO Box 59431
Sioux Falls, SD 57104


Wells Fargo Financial Bank
3201 North 4th Avenue
Sioux Falls, SD 57104


Wescom Credit Union
Attn: Consumer Lending
Po Box 7042
Pasadena, CA 91109


Wescom Credit Union
123 S Marengo Ave
Pasadena, CA 91101