MANFRED SCHROER, ESQ.  #78065
22545 Barton Road, Suite 204
Grand Terrace, CA 92313

(909) 783-4422 * Fax (909)783-4411

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM DUENAS,<br>MARTHA DUENAS,<br><br>     Debtor. | ) CASE NO. 6:08-bk-22760 PC<br>)<br>) CHAPTER 7<br>)<br>) DECLARATION OF RECORDS AND PROPERTY<br>) IN DEBTORS' CUSTODY<br>)<br>) [No Hearing Required] |

Debtors have no records or property in their custody, except for those disclosed on the property schedules. If anything is inadvertently is omitted it will be provided to the Chapter 7 Trustee when requested.

We, WILLIAM DUENAS and MARTHA DUENAS, the persons who subscribed to the foregoing declaration re records or property in our custody, do hereby declare under penalty of perjury that this is a true statement to the best of my knowledge, information, and belief.

DATED: November 4, 2008

                                          /s/ William Duenas
                                          WILLIAM DUENAS

                                          /s/ Martha Duenas
                                          MARTHA DUENAS

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO |

1  PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

3   I, GABRIELA FIGUEROA, reside and/or am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 22545 Barton Road, Suite 204, Grand Terrace, CA 92313.

On November 5, 2008, I served the foregoing document described as:

**DECLARATION OF RECORDS AND PROPERTY IN DEBTORS' CUSTODY**

on all required parties in this action electronically as follows:

Christopher R Barclay, Chapter 7 Trustee
Elizabeth A. Lossing, Atty. for US Trustee
John D Schlotter
U.S. Trustee's Office
Robert G. Uriarte

Manual Notice List by Mail!

HSBC Auto Finance Department
P.O. Box 201347
Arlington, TX 76006

____ (BY PERSONAL DELIVERY) I personally delivered the envelope containing the above described documents to the address set forth above. (Trustee only)

_X_ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Grand Terrace, California.

_X_ (FEDERAL) I declare that I am member of the bar of this court or employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 5, 2008, at Grand Terrace, California.

_____
GABRIELA FIGUEROA

2