Form 8
(10/05)

# United States Bankruptcy Court
## Central District of California

In re **William Duenas / Martha Duenas**     Case No. **6:08-bk-22760 PC**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence at: 7706 Morning Mist Dr., Corona, CA** | **Countrywide Home Lending** | X | | | |
| **Real Property at: 1946 So Park Ave, Pomona, CA BUSINESS DEBT** | **Countrywide Home Lending** | X | | | |
| **Real Property at: 894 West G Street, Colton, CA BUSINESS DEBT** | **Countrywide Home Lending** | X | | | |
| **Residence at: 7706 Morning Mist Dr., Corona, CA** | **Countrywide Home Lending** | X | | | |
| **Real Property at: 892 West G Street, Colton, CA BUSINESS DEBT** | **Countrywide Home Lending** | X | | | |
| **Real Property at: 892 West G Street, Colton, CA BUSINESS DEBT** | **Countrywide Home Lending** | X | | | |
| **Real Property at: 894 West G Street, Colton, CA BUSINESS DEBT** | **Countrywide Home Lending** | X | | | |
| **Residence at: 7706 Morning Mist Dr., Corona, CA BUSINESS DEBT** | **Edgar F Eguino** | X | | | |
| **Real Property at: 1946 So Park Ave, Pomona, CA BUSINESS DEBT** | **Edgar F Eguino** | X | | | |
| **Real Property at: 894 West G Street, Colton, CA BUSINESS DEBT** | **Edgar F Eguino** | X | | | |
| **Real Property at: 892 West G St., Colton, CA 92324 BUSINESS DEBT** | **Edgar F Eguino** | X | | | |
| **2003 Mercedes-Benz S-430 BUSINESS DEBT** | **Kinecta Fed Cred Union** | X | | | |
| **2003 Mercedes-Benz E-500 BUSINESS DEBT** | **Kinecta Fed Credit Union** | X | | | |

Form 8 Cont.
(10/05)

In re **William Duenas**
**Martha Duenas**
Debtor(s)

Case No. **6:08-bk-22760 PC**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2003 Mercedes-Benz E-500** | **Wescom Credit Union** | X | | | |
| **2003 Mercedes-Benz SL500** | **HSBC Auto Finance** | | | X | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **November 18, 2008**   Signature **/s/ William Duenas**
**William Duenas**
Debtor

Date **November 18, 2008**   Signature **/s/ Martha Duenas**
**Martha Duenas**
Joint Debtor

# United States Bankruptcy Court
## Central District of California

In re: **William Duenas, Martha Duenas**  Debtor(s)

Case No. **6:08-bk-22760 PC**
Chapter **7**

# PROOF OF SERVICE BY MAIL

I, **GABRIELA FIGUEROA**, declare that I am a resident of or employed in the County of **San Bernardino**, State of **California**. My address is **22545 Barton Road, Suite #204, Grand Terrace, CA 92313**. I am over the age of eighteen years of age and am not a party to this case.

On **November 18, 2008**, I served the Chapter 7 Individual Debtors' Statement of Intentions - Amended, on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Grand Terrace** addressed as follows:

**Christopher R. Barclay, Chapter 7 Trustee - Electronically**

**U.S. Trustee's Office - Electronically**

**Countrywide Home Lending**
**Attention: Bankruptcy SV-314B**
**Po Box 5170**
**Simi Valley, CA 93062**

**Edgar F Eguino**
**1969 Berry Hill Dr.**
**Chino Hills, CA 91709**

**HSBC Auto Finance**
**PO Box 60115**
**City Of Industry, CA 91716**

**Kinecta Fed Cred Union**
**1440 Rosecrans Ave**
**Manhattan Beach, CA 90266**

**Wescom Credit Union**
**Attn: Consumer Lending**
**Po Box 7042**
**Pasadena, CA 91109**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **November 18, 2008**.

**Signature**